State vs. Kuntz.

---

### No. 11,558.

### THE STATE OF LOUISIANA VS. EMILE KUNTZ.

An ordinance of the council prohibiting the stabling of more than two horses, except by those obtaining permission of the council, is unequal in its operation, and hence void, because repugnant to the Fourteenth Amendment of the Constitution of the United States. 118 U. S. 356; 43 An. 496.

APPEAL from the First Recorder's Court for the Parish of Orleans.

---

*Denegre & Denegre* and *Hugh A. Bayne* for Defendant, Appellant.

The opinion of the court was delivered by

MILLER, J.  The defendant was arrested and fined for violating an ordinance of the council of the city, prohibiting the stabling of more than two horses without the council's permission.  It was this permissive feature in this ordinance that in the view of this court brought a similar ordinance in respect to stabling cows in conflict with the Fourteenth Amendment of the Constitution of the United States.  State vs. Mahner *et als.*, 43 An. 496; State vs. Dulaney, 43 An. 500; Yick Wo vs. Hopkins, 118 U. S. 356.  On the grounds announced in those opinions we hold the ordinance involved here to be void.

It is therefore ordered, adjudged and decreed that the judgment of the Recorder's Court, imposing the fine, be avoided and reversed, with costs.